**EXHIBIT B**



90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com
Federal ID.:11-6188872

PAUL ANIBOLI, ESQ.
PETRIZZO & ANIBOLI
715 SOUTH COUNTRY ROAD
WEST BAYSHORE, NY 11706

August 22, 2008
Bill No: 814150
ID: 27020.0950

REGARDING:      HUD COMPLAINT

### BILLING SUMMARY THROUGH JULY 31, 2008

| | | |
|---|---|---|
| Services Rendered | $ | 687.50 |
| Expenses and Advances | $ | .00 |
| **CURRENT BILL** | $ | **687.50** |
| Previous Balance Due | $ | 8,493.14 |
| Payments Received | $ | 8,305.64 |
| **TOTAL BALANCE DUE** | $ | **875.00** |

CERTILMANBALIN

PAUL ANIBOLI, ESQ.

August 22, 2008
Bill No: 814150
ID: 27020.0950
Page 2

FOR PROFESSIONAL SERVICES RENDERED

ITEMIZED SERVICES BILL

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Telephone call with Aniboli's office; discuss properties and EBT schedule; telphone call from US Attorney Gaeta; discuss status of requests and go over property address and dates for EBT; update D. Rowe; review file and Fellman's chart regarding properties indentified. | 07/04/08 | SRN | .70 | 175.00 |
| Telephone call to US Attorney regarding EBT schedule; discuss scheduling; forward update to D. Rowe via e-mail. | 07/08/08 | SRN | .30 | 75.00 |
| Review correspondence and file. | 07/15/08 | DR | .50 | 187.50 |
| Discuss status of EBTs with D. Rowe; e-mail attorney regarding client's schedule. | 07/15/08 | SRN | .20 | 50.00 |
| Received letter regarding discovery from plaintiff; forward to client for review; discuss with D. Rowe. | 07/21/08 | SRN | .50 | 125.00 |
| E-mail from counsel regarding enw EBT dates. | 07/22/08 | SRN | .10 | 25.00 |

CERTILMAN BALIN

PAUL ANIBOLI, ESQ.

August 22, 2008
Bill No: 814150
ID: 27020.0950
Page 3

E-mails from counsel          07/28/08     SRN         .20              50.00
regarding EBT dates; follow
up with clients.

                    TOTAL FOR SERVICES       $       687.50
                         TOTAL THIS STATEMENT          $        687.50
                         TOTAL AMOUNT DUE              $        687.50

                    PREVIOUS STATEMENTS OUTSTANDING

     BILL NO. 812375            JULY 17, 2008                   187.50
                                                         --------------
               TOTAL AMOUNT OUTSTANDING                $        875.00



90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

PAUL ANIBOLI, ESQ.                 August 22, 2008
PETRIZZO & ANIBOLI                 Bill No: 814150
715 SOUTH COUNTRY ROAD             ID: 27020.0950
WEST BAYSHORE, NY 11706


REGARDING:     HUD COMPLAINT

---

### BILLING SUMMARY THROUGH JULY 31, 2008

| | | |
|---|---|---|
| Services Rendered | $ | 687.50 |
| Expenses and Advances | $ | .00 |
| **CURRENT BILL** | $ | **687.50** |
| Previous Balance Due | $ | 8,493.14 |
| Payments Received | $ | 8,305.64 |
| **TOTAL BALANCE DUE** | $ | **875.00** |

---

### R E M I T T A N C E   C O P Y

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT
PLEASE CALL (516)296-7805 TO MAKE PAYMENTS BY AMERICAN EXPRESS,
CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788

**Federal ID.:11-6188872**

PAUL ANIBOLI, ESQ.                     September 19, 2008
PETRIZZO & ANIBOLI                     Bill No: 815623
715 SOUTH COUNTRY ROAD                 ID: 27020.0950
WEST BAYSHORE, NY 11706

REGARDING:      HUD COMPLAINT

---

### BILLING SUMMARY THROUGH AUGUST 31, 2008

| | | |
|---|---|---|
| Services Rendered | $ | 5,544.00 |
| Expenses and Advances | $ | 28.38 |
| **CURRENT BILL** | **$** | **5,572.38** |
| Previous Balance Due | $ | 875.00 |
| Payments Received | $ | .00 |
| **TOTAL BALANCE DUE** | **$** | **6,447.38** |

PAUL ANIBOLI, ESQ.                      September 19, 2008
                                        Bill No: 815623
                                        ID: 27020.0950
                                        Page 2


## FOR PROFESSIONAL SERVICES RENDERED

### ITEMIZED SERVICES BILL

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Telephone call with attorney; review file; correspondence. | 08/01/08 | DR | .50 | 187.50 |
| Telephone call with Joe Gaeta regarding discovery and exhibits; telephone call to Aniboli's office (left message); discuss with D. Rowe. | 08/01/08 | SRN | .40 | 100.00 |
| Review file; confer with S. Nigro. | 08/04/08 | DR | .50 | 187.50 |
| Received and reviewed letter from US attorneys office; discuss status with D. Rowe; conduct legal research regarding "covered multi-family dwellings" as applied to Oakcreek. | 08/06/08 | SRN | 1.70 | 425.00 |
| Review file; correspondence; confer with S. Nigro. | 08/08/08 | DR | 1.00 | 375.00 |
| Telephone call from counsel; received and reviewed e-mail with request for admissions and expert report; review with D. Rowe. | 08/08/08 | SRN | 1.80 | 450.00 |

PAUL ANIBOLI, ESQ.                     September 19, 2008
                                       Bill No: 815623
                                       ID: 27020.0950
                                       Page 3


| | | | | |
|---|---|---|---|---|
| Reviewed letter from client regarding Oakcreek; conduct research and discuss with D. Rowe; review statute. | 08/08/08 | SRN | 1.50 | 375.00 |
| Review file; discovery requests. | 08/11/08 | DR | .50 | 187.50 |
| Print documents from PACER | 08/11/08 | KDG | .20 | 22.00 |
| Received e-mail from US attorney's office regarding Fellman representation; discuss with D. Rowe; telephone call from counsel; draft correspondence to clients with admissions. | 08/11/08 | SRN | .80 | 200.00 |
| Review correspondence; confer with S. Nigro. | 08/12/08 | DR | .50 | 187.50 |
| Telephone call with Fellman; discuss status of representation; e-mal update to D. Rowe. | 08/13/08 | SRN | .30 | 75.00 |
| Review file; correspondence. | 08/14/08 | DR | .50 | 187.50 |
| Telephone call to client Fellman; review file. | 08/14/08 | SRN | .40 | 100.00 |
| Telephone call with attorney; review file; correspondence; confer with S. Nigro. | 08/15/08 | DR | 1.00 | 375.00 |
| ECF letter | 08/15/08 | KDG | .20 | 22.00 |

PAUL ANIBOLI, ESQ.                    September 19, 2008
                                      Bill No: 815623
                                      ID: 27020.0950
                                      Page 4


| | | | | |
|---|---|---|---|---|
| Confer with D. Rowe; review notice to admit and client's responses; draft responses to notice; check statute and research case law regarding objections and responses; draft correspondence to Magistrate regarding US attorneys letter; telephone call to client Aniboli. | 08/15/08 | SRN | 3.00 | 750.00 |
| Telephone call from counsel regarding Fellman; discuss conference call with D. Rowe. | 08/15/08 | SRN | .40 | 100.00 |
| Discuss case with D. Rowe. | 08/18/08 | SRN | .20 | 50.00 |
| Review correspondence and file. | 08/19/08 | DR | .50 | 187.50 |
| Telephone call to client; discuss with D. Rowe. | 08/19/08 | SRN | .10 | 25.00 |
| Discuss conflict issues with D. Rowe and partners; telephone cal to Aniboli and Fellman. | 08/20/08 | SRN | .30 | 75.00 |
| Telephone call with attorney; review file. | 08/21/08 | DR | .50 | 187.50 |
| Review statute regarding multiple representation; e-mail update to D. Rowe; conference with Jothy N. and D. Rowe. | 08/21/08 | SRN | 1.40 | 350.00 |

PAUL ANIBOLI, ESQ.                    September 19, 2008
                                      Bill No: 815623
                                      ID: 27020.0950
                                      Page 5


Review and prepare          08/22/08    DR       .50        187.50
correspondence.

Telephone call to counsel   08/22/08    SRN      .40        100.00
regarding extending time to
answer admissions; conference
calls with clients and D.
Rowe; discuss strategy with
D. Rowe regarding admission.

Draft letter to plaintiff's 08/25/08    SRN      .30         75.00
counsel regarding admissions;
received e-mail from counsel
regarding Oaktree Commons;
forward to D. Rowe.

              TOTAL FOR SERVICES       $      5,544.00


              ITEMIZED DISBURSEMENT BILL

Federal Express                            23.38

Telecopier                                  5.00

              TOTAL DISBURSEMENTS      $         28.38

              TOTAL THIS STATEMENT     $      5,572.38

              TOTAL AMOUNT DUE         $      5,572.38

          PREVIOUS STATEMENTS OUTSTANDING

   BILL NO. 812375      JULY 17, 2008              187.50
   BILL NO. 814150      AUGUST 22, 2008            687.50
                                            --------------
          TOTAL AMOUNT OUTSTANDING     $      6,447.38

PAUL ANIBOLI, ESQ.

September 19, 2008
Bill No: 815623
ID: 27020.0950
Page 6

```
PAUL ANIBOLI, ESQ.                    September 19, 2008
PETRIZZO & ANIBOLI                    Bill No: 815623
715 SOUTH COUNTRY ROAD                ID: 27020.0950
WEST BAYSHORE, NY 11706
```

REGARDING:    HUD COMPLAINT

---

**BILLING SUMMARY THROUGH AUGUST 31, 2008**

| | | |
|---|---|---|
| Services Rendered | $ | 5,544.00 |
| Expenses and Advances | $ | 28.38 |
| **CURRENT BILL** | $ | **5,572.38** |
| Previous Balance Due | $ | 875.00 |
| Payments Received | $ | .00 |
| **TOTAL BALANCE DUE** | $ | **6,447.38** |

---

**R E M I T T A N C E   C O P Y**

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT
PLEASE CALL (516)296-7805 TO MAKE PAYMENTS BY AMERICAN EXPRESS,
MASTERCARD OR VISA

Federal ID.:11-6188872

PAUL ANIBOLI, ESQ.                    September 30, 2008
PETRIZZO & ANIBOLI                    Bill No: 816128
715 SOUTH COUNTRY ROAD                ID: 27020.0950
WEST BAYSHORE, NY 11706

REGARDING:     HUD COMPLAINT

---

**BILLING SUMMARY THROUGH SEPTEMBER 30, 2008**

| | | |
|---|---|---|
| Services Rendered | $ | 3,825.00 |
| Expenses and Advances | $ | 50.16 |
| **CURRENT BILL** | $ | **3,875.16** |
| Previous Balance Due | $ | 6,447.38 |
| Payments Received | $ | .00 |
| **TOTAL BALANCE DUE** | $ | **10,322.54** |

---

PAUL ANIBOLI, ESQ.                    September 30, 2008
                                      Bill No: 816128
                                      ID: 27020.0950
                                      Page 2


FOR PROFESSIONAL SERVICES RENDERED

ITEMIZED SERVICES BILL

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Received and reviewed requests for admissions from plaintiff's counsel; foward to Fellman. | 09/02/08 | SRN | .30 | 75.00 |
| Telephone call from US Attorney; received correspondence; discuss with D. Rowe; forward to client with letter. | 09/05/08 | SRN | .40 | 100.00 |
| Start draft of motion to be relieved. | 09/06/08 | SRN | .50 | ~~125.00~~ |
| Finish affirmation in support; conduct research; review cases; draft memorandum of law. | 09/08/08 | SRN | 3.50 | ~~875.00~~ |
| Review Judge's rules and Magistrate rules; review local rules regarding motion; draft order to show cause; edit and final order to show cause; final memorandum of law; confer with K. Galvin regarding filing; received e-mails with subpoenas from counsel. | 09/08/08 | SRN | 2.80 | ~~700.00~~ |

PAUL ANIBOLI, ESQ.                    September 30, 2008
                                      Bill No: 816128
                                      ID: 27020.0950
                                      Page 3


| | | | | |
|---|---|---|---|---|
| Review and revise motion to be released. | 09/09/08 | DR | 1.00 | 375.00 |
| Review court rules regarding motion; edit and final for service; discuss with D. Rowe; review court orders on docket. | 09/09/08 | SRN | 1.00 | 250.00 |
| Telephone call with attorney; preapre motion. | 09/11/08 | DR | .50 | 187.50 |
| Telephone call with possible counsel for Fellman; review file; scan and e-mail complaint; discuss with D. Rowe. | 09/11/08 | SRN | .70 | 175.00 |
| Review motion and revise regarding retaining lien; edit and final; serve and file. | 09/12/08 | SRN | 2.50 | 625.00 |
| Review order; prepare correspondence. | 09/17/08 | DR | .50 | 187.50 |
| Telephone call to counsel; e-mail to counsel; check docket sheet regarding conference date; draft letter to court regarding adjournment. | 09/19/08 | SRN | .60 | 150.00 |

                    TOTAL FOR SERVICES      $      3,825.00

                       ITEMIZED DISBURSEMENT BILL
Federal Express                                    18.16

PAUL ANIBOLI, ESQ.             September 30, 2008
                                     Bill No: 816128
                                     ID: 27020.0950
                                     Page 4

| | | |
|---|---|---|
| Federal Express | | 18.16 |
| Telecopier | | 32.00 |
| TOTAL DISBURSEMENTS | $ | 50.16 |
| TOTAL THIS STATEMENT | $ | 3,875.16 |
| TOTAL AMOUNT DUE | $ | 3,875.16 |

dou

### PREVIOUS STATEMENTS OUTSTANDING

| | | |
|---|---|---|
| BILL NO. 812375 | JULY 17, 2008 | 187.50 |
| BILL NO. 814150 | AUGUST 22, 2008 | 687.50 |
| BILL NO. 815623 | SEPTEMBER 19, 2008 | 5,572.38 |
| | | -------------- |
| TOTAL AMOUNT OUTSTANDING | $ | 10,322.54 |

PAUL ANIBOLI, ESQ.                September 30, 2008
PETRIZZO & ANIBOLI               Bill No: 816128
715 SOUTH COUNTRY ROAD           ID: 27020.0950
WEST BAYSHORE, NY 11706


REGARDING:      HUD COMPLAINT

---

**BILLING SUMMARY THROUGH SEPTEMBER 30, 2008**

| | | |
|---|---|---|
| Services Rendered | $ | 3,825.00 |
| Expenses and Advances | $ | 50.16 |
| **CURRENT BILL** | **$** | **3,875.16** |
| Previous Balance Due | $ | 6,447.38 |
| Payments Received | $ | .00 |
| **TOTAL BALANCE DUE** | **$** | **10,322.54** |

---

**R E M I T T A N C E   C O P Y**

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT
PLEASE CALL (516)296-7805 TO MAKE PAYMENTS BY AMERICAN EXPRESS,
MASTERCARD OR VISA